IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 cr 32-13

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARKEENUS CLEAVON WILKERSON. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard, pursuant to a motion entitled " Motion to Continue" (#29) filed by defendant's counsel. In the motion, defendant's counsel requests that the arraignment and detention hearing originally scheduled in this matter for June 17, 2010 be continued and rescheduled for Friday, June 18, 2010. It appears to the court that good cause has been shown for the granting of said motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Continue" (#29) is hereby **ALLOWED** and the arraignment and detention hearing in this matter be continued from June 17, 2010 to **June 18, 2010.**

Signed: June 15, 2010

Dennis L. Howell
United States Magistrate Judge