IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 cr 32-13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MARKEENUS CLEAVON WILKERSON. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS CAUSE** coming on to be heard, pursuant to a motion entitled " Motion to Continue" (#40) filed by defendant's counsel requesting that the arraignment and detention hearing scheduled in this matter for June 18, 2010 be continued. It appearing to the court that good cause has been shown for the granting of said motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the motion entitled "Motion to Continue" (#40) is hereby **ALLOWED** and the arraignment and detention hearing in this matter be continued to **June 24, 2010.**

Signed: June 28, 2010

Dennis L. Howell
United States Magistrate Judge